UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
Acevedo,

                              Plaintiff(s),                                    **O R D E R**

            -against –                                              7:23-CV-07175 (CS)

Rakib,

                              Defendant(s).
--------------------------------------------------------------X

Seibel, J.

     It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within sixty (60) days of the date of this order, Plaintiff may apply by letter within the sixty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

     **SO ORDERED**.

Dated:  February 3, 2026
     White Plains, New York


_____
CATHY SEIBEL, U.S.D.J.